**Opinion filed September 19, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00178-CV

_____

## KATHERINE KYLE WOOD, Appellant

## V.

## GARY DON McKAY, DEBBIE PAZ HERNANDEZ, AND UNKNOWN OCCUPANTS OF HOME, IF ANY, Appellees

**On Appeal from the County Court at Law**

**Ector County, Texas**

**Trial Court Cause No. 19,987-09**

## M E M O R A N D U M   O P I N I O N

Appellant and Cross-Appellee, Katherine Kyle Wood; Appellee and Cross-Appellant, Debbie Paz Hernandez; and Appellees, Gary Don McKay and Michael "Mike" French, independent executor of the Estate of Lillie McKay Wood, have filed a joint motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(2). In

the motion, the parties state that they "have reached a full and final settlement of the issues and claims involved in this appeal." They request this court to dismiss the appeal. Therefore, in accordance with the parties' request, we dismiss this appeal.

     The joint motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

September 19, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.